IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL MINING ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>COMMONWEALTH OF KENTUCKY and<br>CITY OF PIKEVILLE, KENTUCKY,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>LISA JACKSON, in her official capacity as<br>Administrator, U.S. Environmental Protection<br>Agency, *et al.*,<br><br>Defendants,<br><br>and<br><br>SIERRA CLUB, *et al.*,<br><br>Defendant-Intervenors. | Nos. 10-cv-1220-RBW<br>11-cv-0295-RBW<br>11-cv-0446-RBW<br>11-cv-0447-RBW |

## PLAINTIFFS' AND PLAINTIFF-INTERVENORS' PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's March 4, 2011 Order, Plaintiff National Mining Association ("NMA") submits this proposed briefing schedule on behalf of all Plaintiffs and Plaintiff-Intervenors. Counsel for all parties have conferred regarding this proposed briefing schedule. Plaintiffs and Plaintiff-Intervenors support the proposed schedule.

Federal Defendants join in this schedule but reserve their right to seek additional time for filing their briefs, if necessary, due to the multiple plaintiffs' briefs and the total number of pages that may be required for adequate response. Defendant-Intervenors have no objection to the

proposed schedule but reserve their right to seek additional time for filing their briefs, if necessary, due to unforeseen circumstances.

In the event that Defendant U.S. Environmental Protection Agency issues Final Detailed Guidance prior to this Court's ruling on Plaintiffs' challenges to the Interim Detailed Guidance, all parties stipulate that: (a) all deadlines related to the Interim Guidance will be vacated; and (b) within 10 days from issuance of the Final Detailed Guidance, the parties will confer and propose a joint schedule to the Court for any future litigation related to the Final Detailed Guidance. If the parties are unable to agree to a joint schedule, Plaintiffs will file a motion seeking entry of a proposed schedule within 10 days from issuance of the Final Guidance.

In accordance with the foregoing, Plaintiffs and Plaintiff-Intervenors submit the following proposed briefing schedule:

**Enhanced Coordination Process Briefing Schedule**

| Party | Event | Date | Page Limit |
|---|---|---|---|
| U.S. | Administrative Record | April 1, 2011 | N/A |
| Pls. | Plaintiffs' Consolidated Motion for Summary Judgment ("MSJ") Brief | May 2, 2011 | 30 Pages |
| NMA | Individual MSJ Brief | May 2, 2011 | 15 Pages |
| State of West Va. | Individual MSJ Brief | May 2, 2011 | 15 Pages |
| U.S. | Cross MSJ Brief | June 15, 2011 | 60 Pages |
| Def. Ints. | Def. Ints.' Brief | June 22, 2011 | 15 Pages |
| Pls. | Plaintiffs' Consolidated Reply | July 13, 2011 | 15 Pages |
| NMA | Individual Reply | July 13, 2011 | 10 Pages |
| State of West Va. | Individual Reply | July 13, 2011 | 10 Pages |

| Filer | Event | Date | Page Limit |
|---|---|---|---|
| U.S. | Reply | Aug. 3, 2011 | 35 Pages |
| | Joint Administrative Record Appendix | Aug. 17, 2011 | N/A |
| | Hearing | Sept. 2, 2011 | N/A |

**Interim Detailed Guidance Briefing Schedule**

| Filer | Event | Date | Page Limit |
|---|---|---|---|
| U.S. | Administrative Record | April 22, 2011 | N/A |
| Pls. | Plaintiffs' Consolidated MSJ Brief | May 23, 2011 | 30 Pages |
| NMA | Individual MSJ Brief | May 23, 2011 | 15 Pages |
| State of West Va. | Individual MSJ Brief | May 23, 2011 | 15 Pages |
| Kentucky Coal Assoc. | Individual MSJ Brief | May 23, 2011 | 15 Pages |
| State of Kentucky | Pl. Int.'s Brief | May 31, 2011 | 10 Pages |
| City of Pikeville | Pl. Int.'s Brief | May 31, 2011 | 10 Pages |
| U.S. | Cross MSJ Brief | July 22, 2011 | 95 Pages |
| Def. Ints. | Def. Ints.' Brief | July 29, 2011 | 25 Pages |
| Pls. | Plaintiffs' Consolidated Reply | Aug. 19, 2011 | 15 Pages |
| NMA | Individual Reply | Aug. 19, 2011 | 5 Pages |
| State of West Va. | Individual Reply | Aug. 19, 2011 | 5 Pages |
| Kentucky Coal Assoc. | Individual Reply | Aug. 19, 2011 | 5 Pages |
| State of Kentucky | Individual Reply | Aug. 19, 2011 | 5 Pages |

| | | | |
|---|---|---|---|
| City of Pikeville | Individual Reply | Aug. 19, 2011 | 5 Pages |
| U.S. | Reply | Sept. 9, 2011 | 40 Pages |
| | Joint Administrative Record Appendix | Sept. 23, 2011 | N/A |
| | Hearing | Oct. 11, 2011 | N/A |

\* \* \* \*

Plaintiffs and Plaintiff-Intervenors believe that this proposed briefing schedule takes into account and balances the competing concerns of the parties and allows for a reasonably expeditious presentation of the merits. Plaintiffs and Plaintiff-Intervenors respectfully request that the Court enter this proposed briefing schedule.

March 11, 2011

Respectfully submitted,

/s/ Kirsten L. Nathanson
John Martin, No. 358679

Katie Sweeney, Of Counsel
Karen C. Bennett, No. 477151
NATIONAL MINING ASSOCIATION
101 Constitution Avenue, N.W.
Washington, DC 20001
(202) 463-2600

Kirsten L. Nathanson, No. 463992
David Y. Chung, No. 500420
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

ATTORNEYS FOR PLAINTIFF NATIONAL MINING ASSOCIATION