

**Administrative Record Index**
**Detailed Guidance: Improving EPA Review of Appalachian Surface Coal Mining Operations under the Clean Water Act,**
**National Environmental Policy Act, and the Environmental Justice Executive Order.**

| RECORD LINK | DATE | ORIGINATOR OR AUTHOR | DOC TYPE | DESCRIPTION |
|---|---|---|---|---|
| DG000001 | 8/8/2008 | Pond, et. al. | article | Downstream effects of mountaintop coal mining: comparing biological conditions using family- and genus-level macroinvertebrate bioassessment tools |
| DG000022 | 9/2/2002 | Kennedy, et. al. | article | Field and Laboratory Assessment of a Coal Processing Effluent in the Leading Creek Watershed, Meigs County, Ohio |
| DG000030 | 2/3/2005 | Kennedy, et. al. | article | Evaluation of Ionic Contribution to the Toxicity of a Coal-Mine Effluent Using Ceriodaphnia dubia |
| DG000038 | 4/8/2002 | Bryant, et. al. | report | A Survey of the Water Quality of Streams in the Primary Region of Mountaintop / Valley Fill Coal Mining |
| DG000112 | 1/8/2010 | Palmer, et. al. | article | Mountaintop Mining Consequences |
| DG000119 | 1/14/2010 | Pond, Gregory | article | Patterns of Ephemeroptera taxa loss in Appalachian headwater streams (Kentucky, USA) |
| DG000136 | 8/1/2004 | Pond, Gregory | article | Effects of Surface Mining and Residential Land Use on Headwater Stream Biotic Integrity in the Eastern Kentucky Coalfield Region |
| DG000192 | 11/5/2004 | Soucek, et. al. | article | EFFECTS OF HARDNESS, CHLORIDE, AND ACCLIMATION ON THE ACUTE TOXICITY OF SULFATE TO FRESHWATER INVERTEBRATES |
| DG000199 | 8/11/1992 | U.S. EPA | Memorandum of Agreement | Memorandum of Agreement between the Department of the Army and U.S. EPA Regarding 404(q) of the Clean Water Act |
| DG000209 | 6/11/2009 | U.S. EPA | Memorandum of Understanding | MEMORANDUM OF UNDERSTANDING AMONG THE U.S. DEPARTMENT OF THE ARMY, U.S. DEPARTMENT OF THE INTERIOR, AND U.S. ENVIRONMENTAL PROTECTION AGENCY IMPLEMENTING THE INTERAGENCY ACTION PLAN ON APPALACHIAN SURFACE COAL MINING |
| DG000215 | 10/1/2005 | U.S. EPA | Environmental Impact Statement | Mountaintop Mining/Valley Fills in Appalachia Final Programmatic Environmental Impact Statement |
| DG000722 | 3/1/2010 | U.S. EPA | report | Draft Report: A Field-based Aquatic Life Benchmark for Conductivity in Central Appalachian Streams |
| DG000915 | 3/1/2007 | U.S. EPA | map | Level III Ecoregions of the Continental United States |
| DG000916 | 2/11/1994 | Clinton, William | Executive Order | Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations |
| DG000921 | 10/20/2008 | O'Neil, Molly | guidance | U.S. ENVIRONMENTAL PROTECTION AGENCY QUALITY POLICY |

| ID | Date | Author | Type | Title |
|---|---|---|---|---|
| DG000932 | 12/1/2009 | U.S. EPA | report | Draft Report: The Effects of Mountaintop Mines and Valley Fills on Aquatic Ecosystems of the Central Appalachian Coalfields |
| DG001051 | 10/3/1984 | U.S. EPA | guidance | Policy and Procedures for the Review of Federal Actions Impacting the Environment |
| DG001086 | 3/1/1991 | U.S. EPA | guidance | Technical Support Document For Water Quality-based Toxics Control |
| DG001421 | 10/27/2007 | Hanlon, Jim | guidance | Compliance Schedules for Water Quality-Based Effluent Limitations in NPDES Permits |
| DG001424 | 11/16/2007 | Capacasa, Jon | letter | Letter from Jon Capacasa to Randy Huffman and Lisa McClung regarding Implementation of Compliance Schedules under the Clean Water Act |
| DG001472 | 12/15/2009 | Giattina, James | letter | Letter from Jim Giattina to COL Keith Landry regarding NWP # 21, LRL 2008000139, Apex Energy - Carver Fork (KDNR 898-0646) |
| DG001474 | 9/30/2009 | Silva, Peter | letter | Letter from Peter Silva to Jo-Ellen Darcy regarding the final applications subject to the Enhanced Coordination Procedures |
| DG001480 | 12/29/2009 | Giattina, James | letter | Letter from Jim Giattina to COL Keith Landry regarding NWP # 21, LRL 2008000139, Apex Energy - Carver Fork (KDNR 898-0646) |
| DG001501 | 10/23/2009 | Hyde, Tinka | letter | Letter from Tinka Hyde to Ginger Mullins regarding 2004-011521 Buckingham Coal Wash Plant |
| DG001504 | 1/4/2010 | Garvin, Shawn | letter | Letter from Shawn Garvin to COL Robert Peterson Public Notice 200800791; Hobet Mining, LLC; Surface Mine No. 45, Lincoln County, West Virginia |
| DG001518 | 3/5/2010 | Hyde, Tinka | letter | Letter from Tinka Hyde to Ginger Mullins regarding LRH-2007-1021-Kaiser Mathias |
| DG001520 | 3/22/2010 | Giattina, James | letter | Letter from Jim Giattina to COL Ron Gatlin regarding Premium Coal Company - Area 19 (LRN-2004-00062) |
| DG001527 | 1992 | Webster, et. al. | article | Catchment Disturbance and Stream Response: Overview of Stream Research at Coweeta Hydrologic Laboratory |
| DG001550 | 3/10/2008 | U.S. EPA Region 4 | Memorandum of Agreement | National Pollutant Discharge Elimination System Memorandum of Agreement Between the Commonwealth of Kentucky and the United States Environmental Protection Agency Region 4 |
| DG001580 | 6/16/2009 | Giattina, James | letter | Letter from Jim Giattina to Mr. Peter Goodman regarding Kentucky Coal Mining General Permit #KYG04000/Kentucky 402 Coal Mining Permits |
| DG001582 | 10/26/2009 | Mullins, Ginger | letter and attachment | Letter from Ginger Mullins to Ron Bird transmitting final 404 permit and special conditions for Buckingham Coal Wash Plant (2004-01152) |
| DG001612 | 1/6/2010 | Mullins, Ginger | letter and attachment | Letter from Ginger Mullins to Kenny Daniels transmitting final 404 permit and special conditions for Hobet Surface Mine No. 45 (2008-00791) |
| DG001634 | 3/8/2010 | Taylor, Mark | letter and attachment | Letter from Mark Taylor to Nate Leggett transmitting final 404 permit and special conditions for Oxford Kaiser-Mathias Surface Coal Mine (2007-1021) |
| DG001645 | 3/31/2010 | U.S. EPA Office of Wastewater Management | report | Draft Report: Review of Clean Water Act Section 402 Permitting for Surface Coal Mines by Appalachian States: Findings and Recommendations |