IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL MINING ASSOCIATION *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| and | )<br>) |
| COMMONWEALTH OF KENTUCKY and<br>CITY OF PIKEVILLE, | )<br>)<br>) |
| Plaintiff-Intervenors, | )<br>) |
| v. | ) No. 1:10-cv-1220-RBW<br>) *consolidated with:*<br>) No. 1:11-cv-0295-RBW |
| LISA JACKSON, ADMINISTRATOR,<br>U.S. ENVIRONMENTAL PROTECTION<br>AGENCY, *et al.*, | ) No. 1:11-cv-0446-RBW<br>) No. 1:11-cv-0447-RBW<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| SIERRA CLUB *et al.*, | )<br>) |
| Defendant-Intervenors. | )<br>) |

**RESPONSE OF SIERRA CLUB *ET AL.* IN OPPOSITION TO
PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

Pursuant to Court Order (Dkt. 29, 45), Defendant-Intervenors Sierra Club *et al.* state that they oppose Plaintiffs' Motion to Supplement the Record (Dkt. 63) and agree with the position stated in the Government's Opposition (Dkt. 73). The administrative record should not be supplemented for reasons stated therein, and, although the Court may consider extra-record evidence in limited circumstances, Plaintiffs have not demonstrated that each document submitted is relevant to, or probative of, their APA procedural claim. To the extent that Plaintiffs later seek to make such a demonstration, Defendant-Intervenors may address any such

1

documents and also may offer a short list of extra-record documents for consideration, along with an accompanying declaration explaining their relevance.

DATED: June 7, 2011              Respectfully submitted,

/s/ *Jennifer C. Chavez*

Jennifer C. Chavez, D.C. Bar 493421
Emma C. Cheuse, D.C. Bar 488201
Stephen E. Roady, D.C. Bar 926477
EARTHJUSTICE
1625 Massachusetts Avenue, N.W., Suite 702
Washington, D.C. 20036-2243
Telephone: (202) 667-4500 ext. 220 or 208
Facsimile: (202) 667-2356
jchavez@earthjustice.org
echeuse@earthjustice.org
sroady@earthjustice.org

Derek O. Teaney (WVSB # 10223)
(Appearing *Pro Hac Vice*)
APPALACHIAN CENTER FOR THE ECONOMY &
THE ENVIRONMENT
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 793-9007
Fax: (304) 645-9008
E-mail: dteaney@appalachian-center.org

*COUNSEL FOR DEFENDANT-INTERVENORS SIERRA CLUB ET AL.*

**CERTIFICATE OF SERVICE**

    I, Jennifer C. Chavez, hereby certify that on this 7th day of June, 2011, I filed the foregoing Defendant-Intervenors' Response to Plaintiffs' Motion to Supplement the Record using the Court's CM/ECF system, which caused a copy to be served on counsel of record.

<u>/s/ <i>Jennifer C. Chavez</i></u>