**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **NATIONAL MINING ASSOCIATION**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **COMMONWEALTH OF KENTUCKY and** | ) |
| **CITY OF PIKEVILLE, KENTUCKY,** | ) |
| | ) |
| **Plaintiff-Intervenors,** | ) |
| | ) |
| **v.** | ) **Nos.  10-cv-1220-RBW** |
| | ) **11-cv-0295-RBW** |
| **LISA JACKSON, in her official capacity as** | ) **11-cv-0446-RBW** |
| **Administrator, U.S. Environmental Protection** | ) **11-cv-0447-RBW** |
| **Agency,** *et al.*, | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **SIERRA CLUB,** *et al.*, | ) |
| | ) |
| **Defendant-Intervenors.** | ) |

---

## NOTICE OF ISSUANCE OF FINAL GUIDANCE

Defendant United States Environmental Protection Agency ("EPA") hereby provides

notice to the Court and all parties that EPA has issued its final guidance, entitled "Improving

EPA Review of Appalachian Surface Coal Mining Operations Under the Clean Water Act,

National Environmental Policy Act, and the Environmental Justice Executive Order" ("Final

Guidance").  A copy of the Final Guidance is attached.

The Final Guidance supersedes EPA's "Detailed Guidance: Improving EPA Review of

Appalachian Surface Coal Mining Operations under the Clean Water Act, National

Environmental Policy Act, and the Environmental Justice Executive Order"  ("Interim

1

Guidance") that is challenged by Plaintiffs and Plaintff-Intervenors in this case.  In accordance

with this Court's March 21, 2011 Minute Order adopting Plaintiffs' and Plaintiff-Intervenors'

Proposed Briefing Schedule (Dkt. No. 46), the issuance of the Final Guidance vacates all

deadlines for remaining briefing related to the April 1, 2010 Interim Guidance.  The Minute

Order also requires that the parties confer and propose a joint schedule to the Court for any

future litigation related to the Final Guidance within 10 days from issuance of the Final

Guidance.  Therefore, the parties will file with the Court a proposed schedule on or before

August 1, 2011.


July 21, 2011                              Respectfully submitted,

                                           Ignacia S. Moreno
                                           Assistant Attorney General
                                           Environment and Natural Resources Division

                                            /s/ Cynthia J. Morris
                                           Cynthia J. Morris
                                           Kenneth C. Amaditz
                                           Environmental Defense Section
                                           Environment and Natural Resources Division
                                           U.S. Department of Justice
                                           P.O. Box 23986
                                           Washington, DC 20026-3986
                                           (202) 616-7554 (Morris)
                                           (202) 514-3698 (Amaditz)
                                           Fax: (202) 514-8865
                                           c.j.morris@usdoj.gov
                                           kenneth.amaditz@usdoj.gov

                                           *Attorneys for Federal Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2011, I caused a copy of the foregoing Notice of Issuance of Final Guidance to be served on counsel of record via the Court's CM/ECF system.


<u>/s/Cynthia J. Morris</u>