# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL MINING ASSOCIATION, ) | |
| ) | |
| RANDY C. HUFFMAN, ) | |
| ) | |
| STATE OF WEST VIRGINIA, ) | Civil Actions Nos. 10-1220, 11-295, |
| ) | 11-0446, 11-0447 (RBW) |
| GORMAN COMPANY, LLC, ) | |
| ) | |
| KYCOGA COMPANY, LLC, ) | |
| ) | |
| BLACK GOLD SALES, INC., ) | |
| ) | |
| KENTUCKY UNION COMPANY, ) | |
| ) | |
| HAZARD COAL CORPORATION, ) | |
| ) | |
| KENTUCKY COAL ASSOCIATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| COMMONWEALTH OF KENTUCKY, ) | |
| ) | |
| CITY OF PIKEVILLE, KENTUCKY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA JACKSON Administrator, ) | |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SIERRA CLUB, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |

# ORDER

On May 23, 2011, the plaintiffs in these consolidated cases filed a Joint Motion to Supplement the Record.  This motion concerned the interim guidance document then at issue in this litigation and the administrative record filed by the Environmental Protection Agency ("EPA") on April 21, 2011.  On July 21, 2011, the EPA filed notice with the Court, alerting the Court to the issuance of its final guidance, "Improving EPA Review of Appalachian Surface Coal Mining Operations Under the Clean Water Act, National Environmental Policy Act, and the Environmental Justice Executive Order."  After the issuance of the final guidance, on July 29, 2011, the Court vacated all previously entered briefing deadlines pertaining to the interim guidance.  Pursuant to a Scheduling Order entered by the Court on September 16, 2011, governing the litigation of the claims surrounding the final guidance, the EPA filed the Administrative Record for the final guidance on November 14, 2011.  Accordingly, it is hereby

**ORDERED** that, as the interim guidance and the administrative record filed by the EPA on April 21, 2011, in support of their arguments concerning the interim guidance are no longer at issue in this case, the plaintiffs' May 23, 2011 motion to supplement that administrative record is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED** this 30th day of November, 2011.

REGGIE B. WALTON
United States District Judge