# **EXHIBIT A**

1. Permitting Procedures for Determining 'Reasonable Potential', authored by the Kentucky Natural Resources and Environmental Protection Cabinet, Division of Water, dated May 1, 2000.

2. Letter from Douglas F. Mundrick, EPA, to R. Bruce Scott, Kentucky Division of Water (KDOW), dated July 7, 2000.

3. Letter from James D. Giattina, EPA, to Sandy Gruzesky, KDOW, dated December 21, 2009, commenting on proposed NPDES Draft Permit for Premier Elkhorn Coal Company.

4. E-mail from Chris Thomas at EPA to Sandy Gruzesky, dated December 21, 2009.

5. E-mail from Sharmin Syed, EPA, to R. Bruce Scott, KDOW, dated November 5, 2010 and attached spreadsheet.

6. E-mail from R. Bruce Scott, KDOW to EPA's Stan Meiburg, Jim Giattina, Chris Thomas *et al*, dated January 10, 2011, and attached spreadsheet.

7. E-mail from R. Bruce Scott, KDOW, to EPA's Stan Meiburg, Jim Giattina, Chris Thomas *et al*, dated January 12, 2011, and attached spreadsheet.

8. E-mail from Chris Thomas, EPA, to Sandy Gruzesky, KDOW, dated March 10, 2011.

9. Letter from James D. Giattina, EPA, to Sandy Gruzesky, KDOW, dated September 28, 2011.

10. Letter from James D. Giattina, EPA, to Sandy Gruzesky, KDOW, dated September 28, 2011.

11. Affidavit of R. Bruce Scott.

12. Letter from Evelyn S. MacKnight, NPDES Branch, EPA Region III, to Jeffrey Parsons, Division of Mining & Reclamation, WVDEP, dated November 20, 2011

431159v1