**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL MINING ASSOCIATION, et al. )<br>)<br>Plaintiff, )<br>)<br>COMMONWEALTH OF KENTUCKY, )<br>CITY OF PIKEVILLE, )<br>)<br>Plaintiff-Intervenors, )<br>v. )<br>)<br>LISA JACKSON, in her official capacity as )<br>Administrator, U.S. Environmental Protection )<br>Agency, *et al* )<br>)<br>Defendants, )<br>)<br>And )<br>)<br>SIERRA CLUB *et al.*, )<br>)<br>Defendant-Intervenors. ) | Nos.   10-cv-1220-RBW<br>11-cv-0295-RBW<br>11-cv-0446-RBW<br>11-cv-0447-RBW |

\*\*\*\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER ON**
**PLAINTIFFS' JOINT MOTION**
**TO COMPLETE AND SUPPLEMENT THE RECORD**

The Court, having reviewed the Plaintiffs' Joint Motion to Complete and Supplement the

Record, and being otherwise advised, hereby grants the Motion.

Dated:_____

_____
United States District Court Judge

431441v1