# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| NATIONAL MINING ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA JACKSON Administrator, ) | Civil Action No. 10-1220 (RBW) |
| U.S. ENVIRONMENTAL PROTECTION ) | Civil Action No. 11-0295 (RBW) |
| AGENCY, et al., ) | Civil Action No. 11-0446 (RBW) |
| ) | Civil Action No. 11-0447 (RBW) |
| Defendants, ) | |
| ) | |
| SIERRA CLUB et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |

_____)

## **ORDER**

For the reasons expressed in the Court's Memorandum Opinion of this same date, it is hereby

**ORDERED** that the plaintiffs' motion for partial summary judgment is **GRANTED**. It is further

**ORDERED** that the federal defendants' motion for partial summary judgment is **DENIED**. In accordance with the Administrative Procedure Act, 5 U.S.C. § 706(2) (2006), it is further

**ORDERED** that the Final Guidance, as an unlawful agency action, is hereby set aside. It is further

**ORDERED** that, as this is a final, appealable Order, the defendants' June 1, 2012 Motion for Entry of Final Judgment is **DENIED AS MOOT**. Finally, it is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 31st day of July, 2012.

                                                REGGIE B. WALTON
                                                United States District Judge