IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL MINING ASSOCIATION, et al., <br>     Plaintiffs, <br>     v. <br> LISA JACKSON, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br>     Defendants. | No. 1:10-CV-1220-RBW <br> *consolidated with*: <br> No. 1:11-cv-295-RBW <br> No. 1:11-cv-446-RBW <br> No. 1:11-cv-447-RBW |

## UNITED STATES' NOTICE OF APPEAL

Notice is hereby given of the United States' appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order [ECF 95] and Memorandum Opinion [ECF 96] dated October 6, 2011, and this Court's Order [ECF 166] and Memorandum Opinion [ECF 167] dated July 31, 2012, and the final judgment of this Court entered on July 31, 2012.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Cynthia J. Morris
CYNTHIA J. MORRIS
KENNETH C. AMADITZ
Environmental Defense Section

Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, DC  20026-3986
(202) 616-7554 (Morris)
(202) 514-3698 (Amaditz)
Fax: (202) 514-8865
c.j.morris@usdoj.gov
kenneth.amaditz@usdoj.gov

OF COUNSEL:

MICHAEL G. LEE
Office of General Counsel
U.S. EPA
1200 Pennsylvania Ave., N.W.
MC 2355A
Washington, D.C.  20460

RUSSELL W. PETIT
Office of the Chief Counsel
U.S. Army Corps of Engineers
Washington, D.C.  20314

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I caused a copy of the foregoing Notice of Appeal to be served on counsel of record via the Court's CM/ECF system.

/s/ Cynthia J. Morris