## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL MINING ASSOCIATION *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | No. 1:10-cv-1220-RBW *consolidated with:* |
| LISA JACKSON, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) ) | No. 1:11-cv-0295-RBW No. 1:11-cv-0446-RBW No. 1:11-cv-0447-RBW |
| *Defendants.* | ) ) ) | |

### **DEFENDANT INTERVENORS' SIERRA CLUB *ET AL.* NOTICE OF APPEAL**

Notice is given that Defendant-Intervenors Sierra Club, Coal River Mountain Watch, Kentuckians For The Commonwealth, Southern Appalachian Mountain Stewards, Statewide Organizing for Community Empowerment, Ohio Valley Environmental Coalition, and West Virginia Highlands Conservancy hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order (ECF No. 95) and Memorandum Opinion (ECF No. 96) dated October 6, 2011, this Court's Order (ECF No. 166) and Memorandum Opinion (ECF No. 167) dated July 31, 2012, and this Court's final judgment entered on July 31, 2012.

DATED: September 28, 2012            Respectfully Submitted,

/s/ Emma C. Cheuse
Emma C. Cheuse, D.C. Bar 488201
Jennifer C. Chavez, D.C. Bar 493421
EARTHJUSTICE
1625 Massachusetts Avenue, N.W., Suite 702
Washington, D.C. 20036

Telephone: (202) 667-4500
Facsimile: (202) 667-2356
echeuse@earthjustice.org
jchavez@earthjustice.org

Derek O. Teaney (WVSB # 10223), *Pro Hac Vice*
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 793-9007
Fax: (304) 645-9008
E-mail: dteaney@appalmad.org

*Counsel for Defendant-Intervenors*
*Sierra Club et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I caused a copy of the foregoing Defendant Intervenors' Sierra Club *et al.* Notice Of Appeal to be served on counsel of record via the Court's CM/ECF system.

/s/ *Emma C. Cheuse*